**NOT FOR PUBLICATION**

JUL 30 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACQUES GARABET MAKSOUDIAN, | No. 07-72059 |
| Petitioner, | Agency No. A094-211-943 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before:     B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Jacques Garabet Maksoudian, a native and citizen of Lebanon, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We

review for abuse of discretion the denial of a motion to reopen, *Ordonez v. INS*,

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

345 F.3d 777, 782 (9th Cir. 2003), and we deny in part and grant in part the petition for review.

The BIA did not abuse its discretion in denying Maksoudian's motion to reopen to apply for asylum and withholding because it was untimely and number-barred, *see* 8 C.F.R. §§ 1003.2(c)(2), and Maksoudian failed to establish changed country conditions in Lebanon to qualify for the regulatory exception to the time and number limitations, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004) ("The critical question is ... whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution.").

Because the BIA failed to address Maksoudian's CAT claim in denying the motion to reopen, we remand for the BIA to determine if reopening is warranted. *See Sagaydak v. Gonzales*, 405 F.3d 1035, 1040 (9th Cir. 2005) ("The BIA [is] not free to ignore arguments raised by a petitioner.").

Each party shall bear its own costs for this petition for review.

**PETITION FOR REVIEW DENIED in part; GRANTED in part; REMANDED.**

07-72059